# EXHIBIT B

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Kelly J. Cosgriff and Anita Cosgriff,

      Plaintiff(s),

vs.

Winnebago County, et al.,

      Defendant(s).

Case No.: 16 CV 50037

**AFFIDAVIT OF SERVICE**

Aaron Pepe, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons and Complaint** to Josef R. Kurlinkus, located at 13333 White School Road, Roscoe, IL 61073 resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the Summons and Complaint with Josef R. Kurlinkus personally.
the ___ day of _____, 20__ at _____ .M

☒ **SUBSTITUTE SERVICE:** By leaving a copy of the Summons and Complaint at the above address which is Josef R. Kurlinkus's usual place of abode, with:
Name Ann Kurlinkus, Relationship Mother, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the Summons and Complaint the 31st day of March, 2016 at 11:50 A M
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the 4th day of April, 2016

☐ **NON-SERVICE** for the following reasons with the DATE and TIME of each attempt listed:

A description of person with whom the documents were left is as follows:
Sex: F  Race: White  Approx. Age: 50s  Height: 5'6"  Weight: 130  Hair: Blonde
Noticeable Features/Notes: ___

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this 13th day of April, 2016.

X _____
Aaron Pepe
(Print Name)

Notary Public

OFFICIAL SEAL
COREEN BOENZI
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 23, 2018

*128957*