## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| KELLY and ANITA COSGRIFF, | ) |
| | ) |
| Plaintiffs, | ) Case no. 16-cv-50037 |
| | ) |
| v. | ) Judge Frederick J. Kapala |
| | ) |
| COUNTY OF WINNEBAGO, *et al.* | ) Magistrate Judge Iain D. Johnston |
| | ) |
| Defendants. | ) |

### PLAINTIFFS' MOTION FOR EXPENSES AND ATTORNEY FEES

Plaintiffs, Kelly & Anita Cosgriff, through their counsel, James J. Lessmeister and Jimmy A. Samad of Lessmeister & Associates, and pursuant to Fed. R. Civ. P. 4(d)(2)(A) and (B), moves this Honorable Court for his expenses and attorney fees against Defendant Kurlinkus Law LLC, and in support thereof respectfully states as follows:

1. On February 19, 2016, Kelly & Anita Cosgriff filed this action.

2. Pursuant to Fed. R. Civ. P (4)(d)(1), Kelly & Anita Cosgriff requested waivers of service from all Defendants and complied with the criteria set forth in Fed. R. Civ. P. 4.

3. On February 23, 2016, counsel for Kelly & Anita Cosgriff sent a letter via UPS Tracking # 1Z8526YENT93187246 to Defendant Kurlinkus Law LLC, requesting that service be waived. **Exhibit A**. Defendant Kurlinkus Law LLC refused to waive service.

4. Kelly & Anita Cosgriff effectuated service upon Kurlinkus Law on April 1, 2016. **Exhibit B**.

5. Pursuant to Fed. R. Civ. P. 4(d)(2)(A), we respectfully requests that this Honorable Court award to Kelly & Anita Cosgriff the costs incurred to effectuate service.

6. To serve process on Kurlinkus Law LLC, Kelly & Anita Cosgriff incurred expenses in the amount of $340.00. **Exhibit C**.

7. Pursuant to Fed. R. Civ. P. 4(d)(2)(B), the law requires Kurlinkus Law LLC to pay the attorney's fees to file this motion.

8. We ask for one hour of attorney's fees to write and submit this motion. The hourly rate of James J. Lessmeister is $350.00 per hour.

WHEREFORE, Plaintiffs Kelly & Anita Cosgriff request that this Honorable Court award them the costs and attorney's fees incurred to effectuate service and order such further relief that is just and proper.

Respectfully submitted,

s/James J. Lessmeister
James J. Lessmeister
Jimmy A. Samad
Lessmeister & Associates
105 W. Adams, Suite 2020
Chicago, IL 60603
312.929.2630
Email: jlessmeister@lessmeisterlaw.com
Email: jsamad@lessmeisterlaw.com

**CERTIFICATE OF SERVICE**

      I, James J. Lessmeister, hereby certify that on May 31, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of this filing to the above named attorneys of record.

William B. Oberts
Tribler Orpett & Meyer, P.C.
225 W. Washington, Suite 1300
Chicago, IL 60606
wboberts@tribler.com
*Attorney for Charlotte LeClercq*

William D. Emmert
Winnebago County State's Attorney's Office
400 W. State Street, Suite 804
Rockford, IL 61101
wemmert@wincoil.us
*Attorney for The County of Winnebago and Thomas Walsh*

Stephen E. Balogh
WilliamsMcCarthyLLP
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
sbalogh@wilmac.com
*Attorney for Dave Kurlinkus*

Troy A. Lundquist
Stacy K. Shelley
J. Daniel Porter
Langhenry, Gillen, Lundquist & Johnson, LLC
6785 Weaver Road, Suite 2E
Rockford, IL 61107
tlundquist@lglfirm.com
sshelly@lglfirm.com
dporter@lglfirm.com
*Attorneys for Joann Hawes, Tom Hawes and Patricia J. Zintak*

William Michael Goff
Gary Richard Kardell
Mateer Goff & Honzell LLP
401 W. State Street, Suite 400

Rockford, IL 61101
wgoff@mateerlawfirm.com
grk@mateerlawfirm.com
*Attorneys for Josef Kurlinkus and Kurlinkus Law LLC*

    Respectfully submitted,

    <u>s/James J. Lessmeister</u>
    James J. Lessmeister
    Jimmy A. Samad
    Lessmeister & Associates
    105 W. Adams, Suite 2020
    Chicago, IL 60603
    Office: 312-929-2630
    Cell: 312-351-4620