# EXHIBIT A

# Lessmeister & Associates

Attorneys & Counselors at Law
105 W. Adams, Suite 2020, Chicago, IL 60603
Telephone: 312.929.2630

James J. Lessmeister cell: 312.351.4620

James J. Lessmeister email: jlessmeister@lessmeisterlaw.com

February 23, 2016

Via UPS, Tracking # 1Z8526YENT93187246

Kurlinkus Law, LLC
Attn: Registered Agent Josef R. Kurlinkus
13333 White School Road
Roscoe, IL 61073

RE: *Kelly & Anita Cosgriff v. County of Winnebago, JoAnn Hawes individually and in her official capacity as Roscoe Township Assessor, Tom Hawes, Thomas J. Walsh, Patricia J. Zintak, David Kurlinkus, Josef Kurlinkus, Charlotte LeCerlcq, in their Individual and Official Capacities, and Kurlinkus Law, LLC, 2016 CV 50037.*

Dear Mr. Kurlinkus,

A lawsuit has been filed against Kurlinkus Law, LLC in the United States District Court for the Northern District of Illinois, Western Division. Kelly J. Cosgriff and Anita Cosgriff are making this claim against Kurlinkus Law, LLC. Therefore, a copy of the complaint is attached. This is not a summons or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.

To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown above, or by March 24, 2016. Two (2) copies of the waiver form are enclosed along with a stamped self-addressed envelope for returning one copy. You may keep the other copy.

If you return the signed waiver, we will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed but no summons will be served on you and you will have 60 days from the date this notice is sent to answer the complaint.

If you do not return the signed waiver within the time indicated. We will arrange to have the summons and complaint served on you and we will ask the court to require Kurlinkus Law, LLC to pay the expenses of making service.

If you have any questions, do not hesitate to contact us.

Letter to Kurlinkus Law, LLC
Page 2 of 2

## Lessmeister & Associates

Regards,

*[signature]*

James J. Lessmeister
Attorney at Law

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois ▼

| | |
|---|---|
| Kelly J. Cosgriff and Anita Cosgriff ) <br> *Plaintiff* ) <br> v. ) <br> Winnebago Couny, et. al ) <br> *Defendant* ) | Civil Action No. 2016 CV 50037 |

## WAIVER OF THE SERVICE OF SUMMONS

To: James J. Lessmeister
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/23/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____                    _____
*Printed name of party waiving service of summons*                    *Printed name*

                                                   _____
                                                   *Address*

                                                   _____
                                                   *E-mail address*

                                                   _____
                                                   *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois ▼

| | |
|---|---|
| Kelly J. Cosgriff and Anita Cosgriff ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2016 CV 50037 |
| Winnebago Couny, et. al ) | |
| *Defendant* ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: James J. Lessmeister
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/23/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                                                                      *Signature of the attorney or unrepresented party*

*Printed name of party waiving service of summons*                                *Printed name*

                                                                                                                      *Address*

                                                                                                                *E-mail address*

                                                                                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.