# EXHIBIT B

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Kelly J. Cosgriff and Anita Cosgriff,

    Plaintiff(s),

vs.

Winnebago County, et al.,

    Defendant(s).

Case No.: 16 CV 50037

**AFFIDAVIT OF SERVICE**

_Aaron Pepe_, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within to **Kurlinkus Law, LLC, Attn: Registered Agent, Josef R.Kurlinkus**, located at **Roscoe Village Hall, 10631 Main Street, Roscoe, IL 61073** resulting in the following:

☒ **AUTHORIZED SERVICE:** By leaving a copy of the with
NAME _Josef R. Kurlinkus_

TITLE _Registered Agent_, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on:
the _1st_ day of _April_, 20_16_ at _11:53 A_ M

☐ **NON-SERVICE** for the following reasons with the DATE and TIME of each attempt listed:

A description of person with whom the documents were left is as follows:

Sex: _M_ Race: _White_ Approx. Age: _30_ Height: _5'7"_ Weight: _160_ Hair: _Brown_

Noticeable Features/Notes _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this _6_ day of _April_ 20_16_.

_Becky Pudwill_
Notary Public

"OFFICIAL SEAL"
BECKY PUDWILL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/1/2017

X _(signature)_
_Aaron Pepe_
(Print Name)

*121168*
1605530