# EXHIBIT C

 

# ATG LegalServe

**Effective February 12, 2016: ATG LegalServe and Its Your Serve have joined forces. Same contact information for now, but stay tuned for updates. Thank you for your business.**

1 South Wacker Drive, 24th Floor, Chicago, IL 60606, 312.752.1992

Tax ID 27-0643983

Lessmeister & Associates
105 West Adams
Suite 2020
Chicago, IL 60603
Sec: **NONE**

Invoice #: 55015

Date: 04/22/2016

## INVOICE FOR SERVICE

### Service #120957
Josef R. Kurlinkus
Address Serve: 13333 White School Road, Roscoe, IL 61073

Your File#

Court Case #: 16 CV 50037

| | | |
|---|---|---|
| Out of Area Service IYS | 3/31/16 - Service to Josef R. Kurlinkus | $170.00 |
| Fedex/UPS Charges IYS | 3/31/16 - Fedex documents for service and then again for sub-service mailing to Roscoe, IL | $34.27 |

### Service #120958
Kurlinkus Law, LLC, Attn: Registered Agent, Josef R.Kurlinkus
Address Serve: 13333 White School Road, Roscoe, IL 61073

Your File#

Court Case #: 16 CV 50037

| | | |
|---|---|---|
| Out of Area Service IYS | 4/1/16 - Non-service to Kurlinkus Law LLC | $170.00 |

### Service #121160
Kurlinkus Law, LLC, Attn: Registered Agent, Josef R.Kurlinkus
Address Serve: Roscoe Village Hall 10631 Main Street, Roscoe, IL 61073

Your File#

Court Case #: 16 CV 50037

| | | |
|---|---|---|
| Out of Area Service IYS | 4/1/16 - Service to Kurlinkus Law LLC | $170.00 |

**TOTAL CHARGES:** $544.27

**BALANCE:** $544.27

Please make checks payable to
ATG LEGALSERVE INC.
P.O. BOX 9136,
CHAMPAIGN, IL 61826-9136

PAYMENT TERMS: DUE UPON RECEIPT

Credit card payments are accepted through the Clients Only tab on our website www.atglegalserve.com