UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Kelly J. Cosgriff, et al. )
    Plaintiffs, )
) No. 16 CV 50037
v. ) Magistrate Judge Iain D. Johnston
)
County of Winnebago, et al. )
)
    Defendants. )

# REPORT AND RECOMMENDATION

    Before the Court is plaintiffs' motion for attorney fees and expenses from defendants Josef Kurlinkus [61] and Kurlinkus Law LLC [63]. In their motion, plaintiffs represent that defendants Kurlinkus and Kurlinkus Law, both present in the United States, failed, without good cause, to execute waivers of service and thus the court is obligated under Rule 4(b)(2) to impose the costs of service. Specifically, plaintiffs seek $554.27 ($204.27 in costs and $350.00 in attorney fees) against Kurlinkus and $690.00 ($340.00 in costs and $350.00 in attorney fees) against Kurlinkus Law. Both defendants have filed a statement indicating that the motions are unopposed. Accordingly, in view of the mandatory language of Rule 4(b)(2) and the lack of opposition from defendants, it is this Court's Report and Recommendation that plaintiffs' motions be granted. Any objection to this Report and Recommendation must be filed by July 11, 2016. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: June 23, 2016

                                            Iain D. Johnston, U. S. Magistrate Judge