## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kelly J. Cosgriff, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50037 |
| | ) | |
| County of Winnebago, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [67] from the magistrate judge recommending that this court grant plaintiffs' motions for attorney's fees and expenses from defendants. The magistrate's recommendation is pursuant to the court's obligation under Rule 4(d)(2) to impose the costs of service including attorney's fees. Furthermore, both defendants filed a statement indicating that the motions are unopposed. Any objection was to be filed by July 11, 2016, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and grants plaintiffs' motions for attorney's fees and expenses from defendants [61] and [63].

Date: 7/22/2016                    ENTER:

_____

FREDERICK J. KAPALA

District Judge